**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

**MARK F. GUIMOND and KALLIE GUIMOND,**
*on behalf of themselves and all similarly situated individuals*,

        **Plaintiffs,**

    v.                                          Civil Action No. 3:12CV559

**ALLY FINANCIAL, INC.,**

        **Defendants.**

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant Ally Financial, Inc. ("Ally"), by counsel, move this court for entry of an Order extending the time within which Ally may file their responsive pleading to plaintiffs' Complaint (ECF 1) until Friday, September 28, 2012. Plaintiffs consent to this fifteen (15) day extension by agreement.

WHEREFORE, the parties request that their Consent Motion for Extension of Time be granted and that Ally be permitted to file pleadings responsive to plaintiffs' Complaint on or before Friday, September 28, 2012. A copy of the executed proposed consent order is attached hereto as **Exhibit A.** The original order follows via Federal Express.

                                                **ALLY FINANCIAL, INC.**

                                                By:    /s/ John C. Lynch
                                                           Of Counsel

John C. Lynch (VSB No. 39267)
Jason E. Manning (VSB No. 74306)
Counsel for Defendants
T<small>ROUTMAN</small> S<small>ANDERS</small> LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone:  (757) 687-7765
Facsimile:  (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of September, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
Leonard A. Bennett
Consumer Litigation Associates, PC
12515 Warwick Blvd, Suite 100
Newport News, VA
(757)930-3660
(757)930-3662 facsimile
lenbennett@clalegal.com

Thomas R. Breeden
Thomas R. Breeden, PC
10326 Lomond Dr.
Manassas, VA 20109
(703)361-9277
(703)257-2259 facsimile
trb@tbreedenlaw.com

　　/s/ John C. Lynch
John C. Lynch (VSB No. 39267)
Jason E. Manning (VSB No. 74306)
Counsel for Defendants
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone:  (757) 687-7564
Facsimile:  (757) 687-1524
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com