IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARK F. GUIMOND and KALLIE GUIMOND,
*on behalf of themselves and all similarly situated individuals*,

   Plaintiffs,

v.             Civil Action No. 3:12CV559

ALLY FINANCIAL, INC.,

   Defendants.

## CONSENT ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO PLAINTIFFS' COMPLAINT

This matter came before the Court on the motion of Defendant Ally Financial, Inc.'s ("Ally") for an extension of time to answer, plead, or otherwise respond to the Complaint. Upon consideration of the motion, it appearing to the Court that Plaintiffs consent to the fifteen (15) day extension, as evidenced by the endorsement hereto by counsel of record for Plaintiffs, it is hereby

**ORDERED** that the motion of Ally for an extension of time is **GRANTED** and Ally shall file their answer, pleading or other response to the Complaint on or before Friday September 28, 2012, which shall be deemed timely filed.

**IT IS SO ORDERED.**

Entered this _____ day of September, 2012.

                _____
                United States District / Magistrate Judge

Exhibit A

WE ASK FOR THIS:

*[signature]*

John C. Lynch (VSB No. 39267)
Jason E. Manning (VSB No. 74306)
Counsel for Defendants
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone:  (757) 687-7765
Facsimile:  (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

*[signature]*

Leonard A. Bennett
Counsel for Plaintiffs
Consumer Litigation Associates, PC
12515 Warwick Blvd, Suite 100
Newport News, VA
(757)930-3660
(757)930-3662 facsimile
lenbennett@clalegal.com

Thomas R. Breeden
Thomas R. Breeden, PC
10326 Lomond Dr.
Manassas, VA 20109
(703)361-9277
(703)257-2259 facsimile
trb@tbreedenlaw.com