AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Richmond Division

| | |
|---|---|
| Mark F. Guimond and Kallie A. Guimond, on behalf of themselves and others similarly situated | )<br>)<br>)<br>) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 3:12CV559 |
| Ally Financial, Inc. | )<br>)<br>)<br>) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ally Financial, Inc.
Serve: CT Corporation System
4701 Cox Road, Ste. 301
Glen Allen, VA 23060-6802

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas R. Breeden, P.C.
10326 Lomond Drive
Manassas, VA 20109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo, Clerk
CLERK OF COURT

Date: AUG - 2 2012

*Signature of Clerk or Deputy Clerk*

**NAME AND ADDRESS**
**SAME AS FRONT**

☐ PERSONAL SERVICE

☐ Being unable to [make personal service], a copy was delivered in the following manner:

☐ Delivered to [addressee] in charge at usual place of business or [during] business hours and giving information of its purport.

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above, after giving information of its purport. List name, age of recipient and relation of recipient to party named above:

☐ Posted on the [front] door of usual place of abode, address listed above, authorized recipient not found.

☐ Copy mailed to party at address shown, on date below after serving the garnishee, [if] a different date is shown below.

☐ Evicted ☐ Not Evicted

☑ Served on registered agent _Teresa Barnes_

☐ Not found
☐ NO EFFECTS FOUND

_4/23/10_
DATE

_[signature]_
For Sheriff Michael L. Wade
County, Virginia
DEPUTY SHERIFF

## Service Authorization

CT Corporation System is registered agent for various corporations, limited liability companies and partnerships. The following persons are designated in the office of the corporation upon whom any process, notice or demand may be served as representatives of the Corporation.

Tinika C. Baylor

Katie E. Bush

Teresa Brown

Adam Carr

Dacia Jamison

Tyler Puryear

Lisa Uttech

This authorization pertains to the authority of individuals to receive process on behalf of CT Corporation System, Business Filings Incorporated, and National Registered Agents, Inc. It does not certify the receipt or acceptance of any specific process.

_____
Lisa Uttech
Corporate Operations Manager
CT Corporation System
A Wolters Kluwer Company

State of Virginia
County of Henrico

This day personally appeared before me, Lisa Uttech, whose name is signed above and who, being first duly sworn, upon her oath, states that the foregoing Affidavit is true to the best of her knowledge and belief.

Subscribed and sworn before me this 17 day of April, 2012

#286304

_____
Notary Public

8/31/12