IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MARK F. GUIMOND and KALLIE GUIMOND,**
*on behalf of themselves and all similarly situated individuals*,

       **Plaintiffs,**

  v.                                          Civil Action No. 3:12-cv-559

**ALLY FINANCIAL, INC.,**

       **Defendants.**

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Jason E. Manning on behalf of Defendant Ally Financial, Inc. as counsel herein for all purposes in this matter.

                                                  **ALLY FINANCIAL, INC.**

                                                  By:   /s/ Jason E. Manning
                                                                  Of Counsel

John C. Lynch (VSB No. 39267)
Jason E. Manning (VSB No. 74306)
Counsel for Defendants
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone:  (757) 687-7765
Facsimile:  (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: jason.manning@troutmansanders.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2012, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

**Counsel for Plaintiff**
Leonard A. Bennett
Consumer Litigation Associates, PC
12515 Warwick Blvd, Suite 100
Newport News, VA
(757)930-3660
(757)930-3662 facsimile
lenbennett@clalegal.com

Thomas R. Breeden
Thomas R. Breeden, PC
10326 Lomond Dr.
Manassas, VA 20109
(703)361-9277
(703)257-2259 facsimile
trb@tbreedenlaw.com

   /s/ Jason E. Manning
Jason E. Manning (VSB No. 74306)
Counsel for Defendants
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone:  (757) 687-7564
Facsimile:  (757) 687-1524
E-mail: jason.manning@troutmansanders.com

20144342v1