RECEIVED

MAR - 8 2013

CLERK, U.S. DISTRICT COURT
RICHMOND, VA.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

**MARK F. GUIMOND and KALLIE GUIMOND,**
*on behalf of themselves and all similarly situated individuals,*

        **Plaintiffs,**

v.                        **Civil Action No. 3:12CV559**

**ALLY FINANCIAL, INC.,**

        **Defendants.**

### CONSENT ORDER

This matter came before the Court on the consent motion filed by Defendant Ally Financial, Inc.'s ("Ally") to modify the scheduling order to continue the matter for 30 days. Upon consideration of the motion, it appearing to the Court that Plaintiffs consent to the 30-day extension, as evidenced by the endorsement by counsel of record for Plaintiffs, it is hereby ORDERED that

(1)    Ally's motion to continue the deadlines in this case for 30 days is GRANTED;

(2)    The parties are to conduct the Settlement Conference that has already been scheduled in this matter on March 20, 2013;

(3)    Upon agreement of the parties and the availability of the Court, the trial in this matter is rescheduled for a two-day trial to begin on July 8, 2013, at 9:30 a.m.;

(4)    Motions for summary judgment, if any, shall be filed not later than April 12, 2013.

It is so ORDERED.

Enter: *March 12, 2013*

/s/
Henry E. Hudson
United States District Judge

WE ASK FOR THIS:

John C. Lynch (VSB No. 39267)
Ethan G. Ostroff (VSB No. 71610)
*Counsel for Defendant*
TROUTMAN SANDERS LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462
Telephone:  (757) 687-7765
Facsimile:  (757) 687-1504
E-mail: john.lynch@troutmansanders.com
E-mail: ethan.ostroff@troutmansanders.com

Leonard A. Bennett (VSB No. 37523)
Susan M. Rotkis (VSB No. 40693)
Counsel for Plaintiffs
Consumer Litigation Associates, PC
763 J Clyde Morris Boulevard, Suite 1A
Newport News, Virginia 23601
 (757)930-3660
(757)930-3662 facsimile
lenbennett@clalegal.com
srotkis@clalegal.com

Thomas R. Breeden
Counsel for Plaintiffs
Thomas R. Breeden, PC
10326 Lomond Dr.
Manassas, VA 20109
(703)361-9277
(703)257-2259 facsimile
trb@tbreedenlaw.com