UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

**MARK F. GUIMOND,**
**KALLIE A. GUIMOND,**
on their own behalf and
on behalf of all others similarly situated,

        **Plaintiffs,**

v.                            **CIVIL NO.** 3:12cv559

**ALLY FINANCIAL, INC.,**

        **Defendant.**

**PLAINTIFF'S THIRD SUPPLEMENTAL**
**FED. R. CIV. P. 26(a)(1) DISCLOSURES**

COMES NOW the Plaintiffs, by counsel, and pursuant to Fed. R. Civ. P. 26(a)(1), they make the following supplemental disclosures to Defendant.

**II. Description of documents in possession of the Plaintiff.**

Other than those documents obtained from any Defendant in discovery, the Plaintiff has the following documents in his possession and control:

Letter from Plaintiff, Kallie Guimond, to Ally Financial - Bates Nos. 00404

Plaintiff reserves the right to further supplement these disclosures.

1

**MARK F. GUIMOND and**
**KALLIE A. GUIMOND,**
On their own behalf and behalf of all
others similarly situated

_____/s/_____
Leonard A. Bennett, VSB #37523
Susan M. Rotkis, Esq. VSB #40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone (757) 930-3660
Facsimile (757) 930-3662
lenbennett@clalegal.com
Thomas R. Breeden, VSB#33410
THOMAS R. BREEDEN, P.C.
10326 Lomond Drive
Manassas, Virginia 20109
(703) 361-9277
(703) 257-2259 facsimile
trb@tbreedenlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on this 18th day of March, 2013, a true copy of the foregoing is being filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

David Neal Anthony
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23219
804-697-5410
Fax: 804-698-5118
Email: david.anthony@troutmansanders.com

Jason Emmanuel Manning
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
(757) 687-7764
Fax: (757) 687-1524
Email: jason.manning@troutmansanders.com

Ethan Ostroff
John C. Lynch
Troutman Sanders LLP
P. O. Box 61185
222 Central Park Ave
Suite 2000
Virginia Beach, VA 23462
757-687-7765
Fax: 757-687-1504
Email: john.lynch@troutmansanders.com

*Counsel for Defendants*

        /s/
Leonard A. Bennett, VSB #37523
Susan M. Rotkis, Esq. VSB #40693
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Boulevard, Suite 1-A
Newport News, Virginia 23601
Telephone (757) 930-3660
Facsimile (757) 930-3662
lenbennett@clalegal.com

Thomas R. Breeden, VSB#33410
THOMAS R. BREEDEN, P.C.
10326 Lomond Drive
Manassas, Virginia 20109
(703) 361-9277
(703) 257-2259 facsimile
trb@tbreedenlaw.com

*Counsel for Plaintiffs*